Matter of Azizi (2023 NY Slip Op 02578)

Matter of Azizi

2023 NY Slip Op 02578

Decided on May 11, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 11, 2023

PM-105-23
[*1]In the Matter of Dorita Azizi, an Attorney. (Attorney Registration No. 5312996.)

Calendar Date:May 1, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ.

Dorita Azizi, Beverly Hills, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Dorita Azizi was admitted to practice by this Court in 2015 and lists a business address in Beverly Hills, California with the Office of Court Administration. Azizi now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Azizi's application.
Upon reading Azizi's affidavit sworn to March 16, 2023 and filed March 23, 2023, and upon reading the April 27, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Azizi is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that Dorita Azizi's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Dorita Azizi's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Dorita Azizi is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Azizi is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Dorita Azizi shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.